UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

CASE NO.: 8:16-bk-07839-KRM

DAVID DIMARCO

CHAPTER: 13

Debtor(s).
_____/

**PRELIMINARY RESPONSE TO DEBTOR'S MOTION TO VALUE**
*5205 - 5209 9th Street, Zephyrhills, FL 33542*

**COMES NOW**, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") ("Secured Creditor"), by and through its undersigned counsel, as and for its Preliminary Response to Debtor(s)' Motion to Value, and in support states as follows:

1. On September 09, 2016, Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code.

2. Secured Creditor holds a security interest in Debtors' non-exempt real property, located at *5205 - 5209 9th Street, Zephyrhills, FL 33542*, legally described as:

   **Lot 8 and 9, and the South 1/2 of Lot 7, and the North 2 1/2 feet of Lot 10, Block 183, as the same are numbered and shown on the map or plat of the TOWN OF ZEPHYRHILLS, Florida, as the same is recorded in Plat Book 1, Page 54 of the Public Records of Pasco County, Florida.**

3. The subject property is secured by virtue of a Promissory Note and Mortgage dated June 05, 2008 in the amount of $, recorded in the Public Records of Pasco, FL in Book 7856 at Page 990.

4. The aforementioned Mortgage gives Secured Creditor a First mortgage position on the subject property.

5. On or about January 19, 2017, Debtor filed a Motion to Value [d.e. #43].

6. Debtor is seeking to value the property at $48,500.

7. Secured Creditor believes the property is worth in excess of above and demands an opportunity to have the property appraised.

14-39611B2

WHEREFORE, Secured Creditor respectfully requests that a hearing on Debtors' Motion to Value be scheduled no sooner than sixty (60) days hence to afford Secured Creditor sufficient time to have an appraisal of the property performed, and for such further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the MIDDLE District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

Dated: February 20, 2017

Respectfully submitted,

   /s/ BRIAN L. ROSALER

**BRIAN L. ROSALER**
Florida Bar No.: 0174882
**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL  33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
Email: bankruptcy@popkinrosaler.com

14-39611B2

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this  20  day of  February , 2017.

David DiMarco
5029 Decidely Ct
Wesley Chapel, FL 33544

Robert C Burnette, Esq.
5710 Gall Blvd, Suite C
Zephyrhills, FL 33542

Trustee
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571

U.S. Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By:     /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882

14-39611B2